UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT VERRECCHIA

vs. CA 00-570ML

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to the plaintiff's "Independent Action To Obtain Relief from Judgment Or Order Pursuant to Rule 60(b)." Said response will be filed on or before **March 17, 2006.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
United States District Judge
February 27, 2006

Entered as an Order of this Court on February 28, 2006.

Barbara Barletta
Deputy Clerk