**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CA: 00-570ML** |
| | : | |
| **ALBERT VERRECCHIA** | : | |

**GOVERNMENT'S MOTION FOR ADDITIONAL TIME**

Comes now the United States of America and moves for an additional three weeks to respond to Plaintiff's "Independent Action to Obtain Relief" for the reasons stated in the attached memorandum.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney
Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2006, I served by first class mail, a copy of the within Government's Motion for Additional Time to the following:

Cheryl J. Sturm
Attorney-At-Law
387 Ring Road
Chadds Ford, PA 19317

S. Paul Ryan
Attorney-At-Law
670 Willett Avenue
East Providence, RI 02915

Paula Harvey

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CA: 00-570ML** |
| | : | |
| **ALBERT VERRECCHIA** | : | |

**GOVERNMENT'S MOTION FOR ADDITIONAL TIME**
**TO RESPOND TO PLAINTIFF'S**
**"INDEPENDENT ACTION FOR RELIEF"**

The government asks for an additional three weeks to respond on the instant matter. Some five years have passed since the last activity on the case and the government would like additional time to examine the file and write a response that addresses the issue raised. Government's counsel has not yet completed a satisfactory memorandum in objection to plaintiff's lengthy motion.

Plaintiff took five years to make his motion and it is not unfair that the government be given a short extension to formulate its response. The government does not expect to take the whole three weeks but would like a little leeway.

Plaintiff is in the ninth year of a 150 month sentence and it is the last thirty months that are at issue, as the government understands the motion. The government asks for a date of April 7, 2006 for its response.

I have spoken to a lady in the office of Cheryl Sturm, plaintiff's counsel, who told me that she had relayed my request for a consent to a three week continuance to Attorney Sturm and that Attorney Sturm had consented to that continuance.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2006, I served by first class mail, a copy of the within Government's Motion for Additional Time to Respond to Plaintiff's "Independent Action for Relief" to the following:

Cheryl J. Sturm
Attorney-At-Law
387 Ring Road
Chadds Ford, PA 19317

S. Paul Ryan
Attorney-At-Law
670 Willett Avenue
East Providence, RI 02915

Paula Hasey