**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED

MAR 17 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CA: 00-570ML** |
| | : | |
| **ALBERT VERRECCHIA** | : | |

## GOVERNMENT'S MOTION FOR ADDITIONAL TIME

Comes now the United States of America and moves for an additional three weeks to respond to Plaintiff's "Independent Action to Obtain Relief" for the reasons stated in the attached memorandum.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

Granted. Mary M. Lisi USDJ 3/20/06

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2006, I served by first class mail, a copy of the within Government's Motion for Additional Time to the following:

Cheryl J. Sturm
Attorney-At-Law
387 Ring Road
Chadds Ford, PA 19317

S. Paul Ryan
Attorney-At-Law
670 Willett Avenue
East Providence, RI 02915

Paula Harvey