IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | : C.A. NO. 00-570ML |
| | : CR. No. 97-045ML |
| vs. | : |
| | : |
| ALBERT VERRECCHIA, | : NOTICE OF APPEAL |
| Petitioner/Movant | : |

Kindly take notice that Petitioner/ Movant Albert Verrecchia hereby appeals to the United States Court of Appeals for the First Circuit from the final order filed on the matter captioned above on July 23, 2007.

Dated: September 18, 2007

Respectfully submitted,

/s/Cheryl J. Sturm
Attorney at Law
387 Ring Road
Chadds Ford, Pa. 19317
484-771-2000
484-771-2008(fax)
Sturmcj@aol.com

/s/Cheryl J. Sturm
S. Paul Ryan
Attorney-at-Law
670 Willett Avenue
East Providence, R.I. 02915
401/437-0660
(local counsel)

# CERTIFICATE OF SERVICE

## CERTIFICATION

Pursuant to AP10 of this Court, effective August, 2006, I hereby certify that on the 18th day of September, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney of record:

Zechariah Chafee
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, Rhode Island 02903

/s/ S. Paul Ryan

/s/S. Paul Ryan