UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

September 18, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CA 00-570ML (related criminal case: CR 97-045ML) **CCA#** ______________
Albert Verrecchia v. United States

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By______________
John Duhamel
Deputy Clerk

Encl: **Civil case file (CA 00-570ML);**
**Related criminal case file (CR 97-045ML), incl. six transcripts;**
**Certified Docket**