# United States Court of Appeals
## For the First Circuit

No. 07-2441
DC#: 00-00570

ALBERT VERRECCHIA,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

**ORDER OF COURT**

Entered: September 26, 2007
Pursuant to 1st Cir. R. 27.0(d)

On September 18, 2007, petitioner Albert Verrecchia filed a notice of appeal from the July 23, 2007 denial of his motion for relief pursuant to Fed. R. Civ. P. 60(b). Because the district court's denial of petitioner's motion for relief from judgment is a final order in a habeas proceeding, a certificate of appealability is required to appeal that ruling. 28 U.S.C. §2253.

It does not appear that petitioner has filed a request for a certificate of appealability in the district court. Accordingly, we direct petitioner to apply for a certificate of appealability from the district court forthwith. We further order petitioner to file a status report in this court by **10/26/07**, and *every thirty days thereafter*, informing us that he has applied for a certificate in the district court and advising us of the status of that application. We further order petitioner to inform us immediately once the district court reaches a decision on the application for a certificate.

By the Court:
Richard Cushing Donovan, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: Melinda M. Date: 09/26/07

By: MARGARET CARTER
Margaret Carter, Chief Deputy Clerk

[cc: Honorable Mary M. Lisi, David DiMarzio Clerk of Court for the District of Rhode Island]

[cc: Cheryl J. Sturm Esq., S. Paul Ryan Esq., Zechariah Chafee AUSA, Donald Lockhart AUSA]