UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

November 7, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
Attn: Ms. Donna Barchard

RE: CA 00-570ML CCA# **07-2441**
**Albert Verrecchia v. United States**

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket in the above matter.

Having noted a docket entry dated 11/5/07 on the First Circuit Court of Appeal's case summary (stating: "Notice of Default and Intent to Dismiss Issued"), please be advised that upon the filing of Mr. Verrechia's Notice of Appeal in the District Court on 9/18/2007, the required $455.00 filing fee was paid. A copy of that receipt was placed in the appellant's case file prior to its being shipped to your Court. A photocopy of the original receipt is attached hereto.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: ______________________
*John Duhamel*
Deputy Clerk

L

Tue Sep 18 09:47:17 2007

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 66921
Cashier jduhamel

Check Number: -

DO Code Div No
4670 1

| Sub Acct | Type | Tender | Amount |
| --- | --- | --- | --- |
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |
| 3:086400 | N | 2 | 200.00 |

Total Amount $ 455.00

APPEAL FILING FEE -- CA 00-570ML/CR 97-045ML

S. PAUL RYAN, ESQ., 570 WILLETT, E. PROV, RI 02915

cn