DC/RI Di Marzio
Judge Lisi

# United States Court of Appeals
## For the First Circuit

DC# 00-00570

No. 07-2441

ALBERT VERRECCHIA,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

**JUDGMENT**

Entered: April 24, 2008

Petitioner Albert Verrecchia seeks a certificate of appealability (COA) from the district court's denial of his motion entitled "Independent Action to Obtain Relief from Judgment of Order Pursuant to Rule 60(b) F.R.Civ.P.." After a thorough review, we agree with the district court that the motion is both procedurally barred and without merit. The motion serves as another attempt by petitioner to pose challenges to constitutional claims that were already considered and rejected by this court on direct appeal and in considering petitioner's prior COA request. *See* United States v. Verrecchia, 196 F.3d 294 (1st Cir. 1999); *see also* App. Ct. No. 01-2155, March 26, 2002 Judgment denying COA request. The Rule 60(b) motion, therefore, must be construed as a second or successive habeas petition over which the district court lacked jurisdiction. Munoz v. United States, 331 F.3d 151, 153 (1st Cir. 2003). Even if we were to construe petitioner's subsequent COA to this court as a request to file a second or successive habeas §2255 petition, we would reject such request as untimely and fulfilling none of the criteria for obtaining authorization for a second or successive petition under 28 U.S.C. §2255.

Petitioner's attempt to secure either a COA or authorization to file a second or successive habeas petitioner is, therefore,

denied and the appeal is terminated.

*So Ordered.*

By the Court:

/s/ Richard Cushing Donovan, Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date 7/2/08

[cc: Paul S. Ryan, Esq., Donald Lockhart, AUSA]